# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SAUL HYMES, ILANA HARWAYNE-GIDANSKY, EDGAR FIERRO, and JOAN LEWIS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>EARL ENTERPRISES HOLDINGS, INC.<br><br>                    Defendant. | **Case No.**<br>**6:19-cv-644-Orl-41GJK** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Saul Hymes ("Hymes"), Ilana Harwayne-Gidansky ("Harwayne-Gidansky"), Edgar Fierro ("Fierro"), and Joan Lewis ("Lewis") (collectively, "Plaintiffs"), files this Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i). This Notice is without prejudice and being filed with the Court before service by Defendant, Earl Enterprises Holdings, Inc., of either an answer or a motion for summary judgment.

Dated: July 15, 2021

Respectfully submitted,

/s/ John A. Yanchunis

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis
jyanchunis@ForThePeople.com

Ryan J. McGee
rmcgee@ForThePeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney (admitted *pro hac vice*)
guiney@whafh.com
270 Madison Avenue
New York, New York 10016
Telephone: 212/545-4600
Facsimile: 212/545-4653

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl Malmstrom (admitted *pro hac vice*)
malmstrom@whafh.com
111 W. Jackson St., Suite 1700
Chicago, IL 60604
Telephone: 312/984-0000
Facsimile: 212/545-4653

**WALSH BANKS LAW**
Brian M. Walsh (FBN 10968)
brian.walsh@walshbanks.com
105 E. Robinson Street, #303
Orlando, FL 32801
Tel: (407) 259-2426
Fax: (407) 391-3626

**LEVI & KORSINSKY LLP**
Courtney E. Maccarone (admitted *pro hac vice*)
cmaccarone@zlk.com
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
Gayle M. Blatt (admitted *pro hac vice*)

gmb@cglaw.com
110 Laurel Street
San Diego, CA 92101
Tel.: (619) 238-1811
Fax: (619) 544-9232

*Attorneys for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.

/s/ *John A. Yanchunis*
John A. Yanchunis
