UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAUL HYMES, ILANA HARWAYNE-GIDANSKY, EDGAR FIERRO, and JOAN LEWIS,

      Plaintiffs,

v.                              Case No. 6:19-cv-644-CEM-GJK

EARL ENTERPRISES HOLDINGS, INC.,

      Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal without Prejudice (Doc. 84). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 19, 2021.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record